IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JIM McDONALD**                                                                                    **PETITIONER**

**v.**                              **CASE NO.: 5:07CV00162 SWW/BD**

**LARRY NORRIS,**                                                                                **RESPONDENT**
**Director, Arkansas Department**
**of Correction**

### ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Petitioner's petition for writ of habeas corpus is DISMISSED, with prejudice.

IT IS SO ORDERED, this 17th day of July, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE