IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JIM McDONALD**                                                                **PETITIONER**

v.                              **CASE NO.: 5:07CV00162 SWW/BD**

**LARRY NORRIS,**                                                             **RESPONDENT**
**Director, Arkansas Department**
**of Correction**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 17th day of July, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE